

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Response in Opposition to the Motion to Raise the Supersedeas Deposit is GRANTED. The appellant's response is due on December 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court